UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN B. DAVIS,<br><br>                              Petitioner,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>                             Respondent. | Case No.: 19cv2263-LAB (MDD)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL;**<br><br>**ORDER DENYING MOTION TO STAY [Dkt. 15]** |

Petitioner Gavin Davis, a California probationer challenging a state conviction arising from a guilty plea, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On January 27, 2019, Davis moved to stay this action while he pursues a writ of certiorari to the United States Supreme Court related to his underlying state conviction. Dkt. 15. He then filed a notice of voluntary dismissal, apparently deciding that dismissing the action without prejudice was preferable to a stay. Because Respondents have not yet filed a response to his habeas petition, Davis may dismiss the action unilaterally. FRCP 41(a)(1)(A)(i). As such, this action is **DISMISSED WITHOUT PREJUDICE** as to all Respondents. Davis's Motion to Stay is **DENIED AS MOOT**. Dkt. 15.

      **IT IS SO ORDERED.**

Dated: February 4, 2020

*Larry A. Burns*
_____
Hon. Larry Alan Burns
Chief United States District Judge